J. JOSEPH O'LEARY, Appellant, *v.* CORFAR AND CORFAR, INCORPORATED, Respondent, and B. E. HOREY AND COMPANY, INCORPORATED, Appellant.

MEMORANDUM. There was no litigation here between the plaintiff and the defendant B. E. Horey and Company, Inc. Each of these parties sought to obtain a money judgment from the defendant Corfar and Corfar, Inc. Each claim must be determined separately. We find sufficient evidence to sustain the verdict of the jury in favor of plaintiff. The verdict is not contrary to the weight of evidence. The reversal at the Special Term, judging from the opinion, was not based on the weight of evidence. The judgment in favor of the B. E. Horey and Company, Inc., is sufficiently supported by the admissions in the answer of the defendant Corfar and Corfar, Inc. All concur. Judgment of the Special Term reversed on the law and facts and judgment of Buffalo City Court affirmed, with costs to the appellants upon this appeal and at Special Term.

ANDREW DRYJA, Respondent, *v.* JOZEF TWAROZYNSKI and Others, Defendants, Impleaded with WILSON AND MERGLER, INCORPORATED, Appellant.

MEMORANDUM. Defendants, husband and wife, owned the premises as tenants by the entirety. The improvement [installation of heating system in dwelling house] was made without the contract, order, consent or knowledge of the wife and without first filing the conditional contract. It follows that as to her it became a part of the real estate, and thus subject to the mortgage which this action was brought to foreclose. Each owner being the owner of the entire fee (*per tout*), the contract of conditional sale was not effective as to the wife because of the facts above stated. (Pers. Prop. Law, § 67.) For these reasons the judgment should be affirmed, with costs. All concur. Judgment affirmed, with costs.